# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2012

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Moody, Jr., James S. | 2. Court or Organization<br><br>U.S. DISTRICT COURT MIDDLE DISTRICT FL | 3. Date of Report<br><br>05/02/2013 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>U.S. DISTRICT COURT JUDGE (ACTIVE) | 5a. Report Type (check appropriate type)<br><br>☐ Nomination   Date<br>☐ Initial   ☑ Annual   ☐ Final<br><br>5b. ☐ Amended Report | 6. Reporting Period<br><br>1/1/2012<br>to<br>12/31/2012 |
| 7. Chambers or Office Address<br><br>U.S. DISTRICT COURT<br>801 NORTH FLORIDA AVE #13A<br>TAMPA, FL 33602 | | |

**IMPORTANT NOTES:** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| | POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|---|
| 1. | TRUSTEE | [        ] TRUST |
| 2. | DIRECTOR | FEDERAL JUDGES ASSOCIATION (Through June 2012) |
| 3. | | |
| 4. | | |
| 5. | | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| | DATE | PARTIES AND TERMS |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✓ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | 2012 | HUMANA/COMPBENEFITS, INC. - SALARY |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Judges Association | May 2012 | Washington, D.C. | Board Meeting | $425 for travel and lodging |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

[✓] NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

[ ] NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | SunTrust Bank | Mortgage | K |
| 2. | Merrill Lynch | Margin Loan | M |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. SUNTRUST CASH ACCOUNTS | | | | | | | | | |
| 2. -- Individual Checking | A | Int./Div. | J | T | | | | | |
| 3. -- McIntosh Road | A | Int./Div. | J | T | | | | | |
| 4. -- Checking | A | Int./Div. | J | T | | | | | |
| 5. -- Savings | A | Int./Div. | J | T | | | | | |
| 6. -- Individual | A | Int./Div. | J | T | | | | | |
| 7. MERRILL LYNCH CASH ACCOUNTS | | | | | | | | | |
| 8. -- Bilmar | A | Int./Div. | J | T | | | | | |
| 9. -- Individual #1 | A | Int./Div. | M | T | | | | | |
| 10. -- Individual #2 | A | Int./Div. | J | T | | | | | |
| 11. -- Individual #3 | A | Int./Div. | J | T | | | | | |
| 12. -- | A | Int./Div. | J | T | | | | | |
| 13. ) | A | Int./Div. | J | T | | | | | |
| 14. -- Trust #1 | A | Int./Div. | K | T | | | | | |
| 15. -- Trust #2 | A | Int./Div. | M | T | | | | | |
| 16. -- Partnership X) | C | Int./Div. | P1 | T | | | | | |
| 17. -- Partnership X) | A | Int./Div. | K | T | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -- Trust #1 Inc. Bene___ X) | A | Int./Div. | K | T | | | | | |
| 19. -- IRA | | | | | Closed | 12/31/12 | J | | |
| 20. -- IRA | | | | | Closed | 12/31/12 | J | | |
| 21. Merrill Lynch Retirement Accounts ( | | | | | | | | | |
| 22. -- STI Call Options | | | | | Sold | 2/17/12 | J | | |
| 23. | | | | | Closed | 2/17/12 | J | | |
| 24. -- DMND Call Options | | | | | Sold | 2/21/12 | J | | |
| 25. -- DMND | | | | | Buy | 2/21/12 | K | | |
| 26. | | | | | Sold | 9/24/12 | K | | |
| 27. -- STI | | | | | Sold | 3/19/12 | K | | |
| 28. -- WFC | | | | | Sold | 2/21/12 | K | | |
| 29. -- CAT Call Options | | | | | Sold | 10/25/12 | J | | |
| 30. -- CAT | | | | | Sold | 1/20/12 | J | A | |
| 31. | | | | | Buy | 6/20/12 | K | | |
| 32. | | | | | Sold | 9/24/12 | K | A | |
| 33. | | | | | Buy | 10/25/12 | L | | |
| 34. | | | | | Closed | 12/21/12 | L | | |

| | | | | |
|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| 2. Value Codes (See Columns C1 and D3) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. -- BB&T | | | | | Buy | 10/25/12 | K | | |
| 36. | | | | | Closed | 12/21/12 | K | | |
| 37. -- NLY | | | | | Closed | 12/21/12 | J | | |
| 38. -- BAC | | | | | Closed | 12/21/12 | K | | |
| 39. -- RF | | | | | Closed | 12/21/12 | J | | |
| 40. -- JPM | | | | | Buy | 4/3/12 | K | | |
| 41. | | | | | Sold | 9/24/12 | K | | |
| 42. -- CCL | | | | | Buy | 2/21/12 | K | | |
| 43. | | | | | Buy | 5/23/12 | J | | |
| 44. | | | | | Sold | 6/18/12 | K | A | |
| 45. -- SMCWX | | | | | Sold | 9/24/12 | L | E | |
| 46. -- AGTHX | | | | | Sold | 9/24/12 | L | E | |
| 47. MERRILL LYNCH NON-Q | | | | | | | | | |
| 48. -- STI | A | Int./Div. | J | T | Sold (part) | 2/21/12 | K | | |
| 49. | | | | | Sold (part) | 3/19/12 | K | A | |
| 50. | | | | | Sold (part) | 9/24/12 | K | | |
| 51. | | | | | Sold (part) | 10/22/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. -- BAC | A | Int./Div. | M | T | | | | | |
| 53. -- RF | A | Int./Div. | L | T | Sold (part) | 1/23/12 | J | | |
| 54. -- CAT Call Options | | | | | Sold | 12/27/12 | J | | |
| 55. -- CAT | B | Int./Div. | L | T | Sold (part) | 1/18/12 | K | A | |
| 56. | | | | | Buy (add'l) | 10/25/12 | K | | |
| 57. | | | | | Sold (part) | 12/20/12 | K | A | |
| 58. -- DMND Call Options | | | | | Sold | 2/6/12 | J | | |
| 59. | | | | | Sold | 2/21/12 | J | | |
| 60. | | | | | Sold | 10/25/12 | J | | |
| 61. -- DMND | A | Int./Div. | K | T | Buy | 2/1/12 | K | | |
| 62. | | | | | Buy (add'l) | 2/9/12 | K | | |
| 63. | | | | | Buy (add'l) | 2/21/12 | K | | |
| 64. | | | | | Sold (part) | 3/19/12 | K | | |
| 65. | | | | | Sold | 9/24/12 | K | | |
| 66. | | | | | Buy (add'l) | 9/26/12 | K | | |
| 67. -- CCL | | | | | Buy (add'l) | 2/21/12 | K | | |
| 68. | | | | | Sold | 3/19/12 | K | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 69. -- JPM | | | | | Buy | 4/3/12 | K | | |
| 70. | | | | | Sold | 9/24/12 | K | | |
| 71. -- NLY | C | Int./Div. | K | T | | | | | |
| 72. -- ARCC | A | Int./Div. | J | T | | | | | |
| 73. -- BP | | | | | Buy | 6/14/12 | K | | |
| 74. | | | | | Sold | 7/23/12 | K | A | |
| 75. -- T | | | | | Sold | 5/21/12 | K | D | |
| 76. -- BBT | B | Int./Div. | L | T | Sold (part) | 9/24/12 | K | | |
| 77. -- CSQ | A | Int./Div. | J | T | | | | | |
| 78. Merrill Lynch      Trust      | | | | | | | | | |
| 79. -- WFC Call Options | | | | | Sold | 1/20/12 | J | | |
| 80. | | | | | Closed | 1/20/12 | J | | |
| 81. | | | | | Sold | 2/17/12 | J | | |
| 82. | | | | | Closed | 2/17/12 | J | | |
| 83. -- WFC | | | | | Sold | 3/19/12 | K | A | |
| 84. -- STI | | | | | Sold (part) | 1/23/12 | L | | |
| 85. | | | | | Sold (part) | 3/19/12 | K | A | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets)  Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 86. | | | | | Sold (part) | 3/22/12 | K | A | |
| 87. | | | | | Sold | 9/24/12 | L | C | |
| 88.  -- TM | | | | | Sold | 3/19/12 | L | B | |
| 89.  -- AET | | | | | Sold | 1/11/12 | K | | |
| 90.  -- CAT Call Options | | | | | Sold | 4/3/12 | J | | |
| 91. | | | | | Sold | 10/11/12 | J | | |
| 92. | | | | | Sold | 11/20/12 | J | | |
| 93. | | | | | Sold | 11/20/12 | J | | |
| 94.  -- CAT | B | Int./Div. | L | T | Sold (part) | 1/18/12 | K | B | |
| 95. | | | | | Buy (add'l) | 4/3/12 | M | | |
| 96. | | | | | Buy (add'l) | 10/8/12 | L | | |
| 97. | | | | | Sold (part) | 12/20/12 | L | A | |
| 98.  -- PRU | | | | | Sold | 1/23/12 | K | C | |
| 99.  -- PFE | C | Int./Div. | M | T | Sold (part) | 1/23/12 | L | | |
| 100.  -- CSQ | D | Int./Div. | M | T | | | | | |
| 101.  -- NLY | C | Int./Div. | K | T | Buy (add'l) | 4/10/12 | K | | |
| 102. | | | | | Sold (part) | 5/21/12 | K | A | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 103. | | | | | Buy (add'l) | 8/9/12 | K | | |
| 104. | | | | | Sold (part) | 9/24/12 | K | A | |
| 105. | | | | | Buy (add'l) | 10/16/12 | K | | |
| 106. -- ARCC | A | Int./Div. | J | T | | | | | |
| 107. -- BAC | A | Int./Div. | L | T | | | | | |
| 108. -- BBT | | | | | Sold | 7/23/12 | K | C | |
| 109. -- RF | A | Int./Div. | J | T | | | | | |
| 110. -- AGNC | | | | | Buy | 8/9/12 | K | | |
| 111. | | | | | Sold | 9/19/12 | K | B | |
| 112. -- DMND Call Options | | | | | Sold | 2/6/12 | J | | |
| 113. | | | | | Sold | 2/21/12 | J | | |
| 114. | | | | | Sold | 5/22/12 | J | | |
| 115. | | | | | Sold | 5/22/12 | J | | |
| 116. | | | | | Sold | 10/26/12 | J | | |
| 117. -- DMND | A | Int./Div. | K | T | Buy | 2/6/12 | K | | |
| 118. | | | | | Buy (add'l) | 2/13/12 | K | | |
| 119. | | | | | Sold (part) | 9/24/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) — Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 120. | | | | | Buy (add'l) | 9/26/12 | K | | |
| 121. -- HUM Call Options | | | | | Sold | 2/22/12 | J | | |
| 122. | | | | | Sold | 3/19/12 | J | | |
| 123. -- HUM | B | Int./Div. | L | T | Buy | 2/22/12 | L | | |
| 124. -- NUE | B | Int./Div. | K | T | Buy | 3/6/12 | K | | |
| 125. -- BP | B | Int./Div. | K | T | Buy | 6/14/12 | K | | |
| 126. | | | | | Sold | 7/23/12 | K | A | |
| 127. | | | | | Buy | 8/9/12 | K | | |
| 128. | | | | | Buy (add'l) | 11/5/12 | K | | |
| 129. | | | | | Sold (part) | 11/5/12 | K | A | |
| 130. -- COP Call Options | | | | | Sold | 10/19/12 | J | | |
| 131. --COP | | | | | Buy | 9/5/12 | L | | |
| 132. | | | | | Sold | 12/24/12 | L | B | |
| 133. -- CVX Call Options | | | | | Sold | 5/22/12 | J | | |
| 134. --CVX | | | | | Buy | 1/31/12 | M | | |
| 135. | | | | | Sold | 2/15/12 | M | B | |
| 136. | | | | | Buy | 2/22/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 137. | | | | | Sold | 3/19/12 | M | B | |
| 138. | | | | | Buy | 3/22/12 | M | | |
| 139. | | | | | Sold | 7/23/12 | M | | |
| 140. Merrill Lynch Investment Partnerhip ( &| | | | | | | | | |
| 141. -- BBT | B | Int./Div. | L | T | Sold (part) | 1/23/12 | K | | |
| 142. | | | | | Buy (add'l) | 10/18/12 | L | | |
| 143. -- STI Call Options | | | | | Sold | 1/3/12 | J | | |
| 144. | | | | | Sold | 1/3/12 | J | | |
| 145. | | | | | Sold | 1/5/12 | J | | |
| 146. | | | | | Sold | 1/10/12 | J | | |
| 147. | | | | | Closed | 1/20/12 | J | | |
| 148. | | | | | Sold | 1/23/12 | J | | |
| 149. | | | | | Sold | 1/23/12 | J | | |
| 150. | | | | | Sold | 1/25/12 | J | | |
| 151. | | | | | Sold | 2/6/12 | J | | |
| 152. | | | | | Sold | 2/6/12 | J | | |
| 153. | | | | | Sold | 2/13/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less F =$50,001 - $100,000 | B =$1,001 - $2,500 G =$100,001 - $1,000,000 | C =$2,501 - $5,000 H1 =$1,000,001 - $5,000,000 | D =$5,001 - $15,000 H2 =More than $5,000,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less N =$250,001 - $500,000 P3 =$25,000,001 - $50,000,000 | K =$15,001 - $50,000 O =$500,001 - $1,000,000 | L =$50,001 - $100,000 P1 =$1,000,001 - $5,000,000 P4 =More than $50,000,000 | M =$100,001 - $250,000 P2 =$5,000,001 - $25,000,000 | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal U =Book Value | R =Cost (Real Estate Only) V =Other | S =Assessment W =Estimated | T =Cash Market | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 154. | | | | | Closed | 2/13/12 | J | | |
| 155. | | | | | Closed | 2/17/12 | J | | |
| 156. | | | | | Closed | 2/17/12 | K | | |
| 157. | | | | | Sold | 2/17/12 | K | | |
| 158. | | | | | Sold | 2/17/12 | J | | |
| 159. | | | | | Sold | 2/21/12 | J | | |
| 160. | | | | | Sold | 2/21/12 | J | | |
| 161. | | | | | Sold | 2/21/12 | J | | |
| 162. | | | | | Sold | 2/22/12 | J | | |
| 163. | | | | | Sold | 3/14/12 | J | | |
| 164. | | | | | Sold | 3/15/12 | J | | |
| 165. | | | | | Sold | 3/22/12 | J | | |
| 166. | | | | | Sold | 3/22/12 | J | | |
| 167. | | | | | Sold | 4/20/12 | J | | |
| 168. | | | | | Sold | 4/23/12 | J | | |
| 169. | | | | | Sold | 4/23/12 | J | | |
| 170. | | | | | Sold | 4/23/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 171. | | | | | Sold | 4/25/12 | J | | |
| 172. | | | | | Sold | 4/24/12 | J | | |
| 173. | | | | | Sold | 4/24/12 | J | | |
| 174. | | | | | Sold | 4/24/12 | J | | |
| 175. | | | | | Sold | 4/24/12 | J | | |
| 176. | | | | | Sold | 4/26/12 | J | | |
| 177. | | | | | Sold | 5/1/12 | J | | |
| 178. | | | | | Sold | 5/21/12 | J | | |
| 179. | | | | | Sold | 5/21/12 | J | | |
| 180. | | | | | Sold | 6/20/12 | J | | |
| 181. | | | | | Sold | 6/20/12 | J | | |
| 182. | | | | | Sold | 7/2/12 | J | | |
| 183. | | | | | Sold | 8/3/12 | J | | |
| 184. | | | | | Sold | 8/7/12 | J | | |
| 185. | | | | | Sold | 8/8/12 | J | | |
| 186. | | | | | Sold | 8/9/12 | J | | |
| 187. | | | | | Sold | 8/9/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 188. | | | | | Closed | 8/17/12 | J | | |
| 189. | | | | | Sold | 8/17/12 | J | | |
| 190. | | | | | Sold | 8/20/12 | J | | |
| 191. | | | | | Sold | 8/20/12 | J | | |
| 192. | | | | | Sold | 8/20/12 | J | | |
| 193. | | | | | Sold | 8/20/12 | J | | |
| 194. | | | | | Sold | 9/6/12 | J | | |
| 195. | | | | | Sold | 9/6/12 | J | | |
| 196. | | | | | Sold | 9/7/12 | J | | |
| 197. | | | | | Closed | 10/19/12 | J | | |
| 198. | | | | | Sold | 10/19/12 | J | | |
| 199. | | | | | Sold | 10/25/12 | J | | |
| 200. | | | | | Sold | 11/5/12 | J | | |
| 201. | | | | | Sold | 11/5/12 | J | | |
| 202. | | | | | Sold | 11/20/12 | J | | |
| 203. | | | | | Sold | 12/21/12 | J | | |
| 204. | | | | | Sold | 12/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 205. | | | | | Sold | 12/21/12 | J | | |
| 206. | | | | | Closed | 12/21/12 | J | | |
| 207. | | | | | Sold | 12/27/12 | J | | |
| 208. -- STI | D | Int./Div. | O | T | Sold (part) | 1/23/12 | O | | |
| 209. | | | | | Sold (part) | 2/21/12 | M | | |
| 210. | | | | | Buy (add'l) | 2/22/12 | M | | |
| 211. | | | | | Sold (part) | 3/19/12 | P1 | | |
| 212. | | | | | Buy (add'l) | 3/22/12 | N | | |
| 213. | | | | | Buy (add'l) | 4/20/12 | M | | |
| 214. | | | | | Sold (part) | 9/24/12 | P1 | D | |
| 215. | | | | | Sold (part) | 10/24/12 | O | | |
| 216. | | | | | Buy (add'l) | 11/5/12 | M | | |
| 217. -- AMP Call Options | | | | | Sold | 2/17/12 | J | | |
| 218. | | | | | Closed | 2/17/12 | J | | |
| 219. | | | | | Sold | 3/19/12 | J | | |
| 220. | | | | | Closed | 3/19/12 | J | | |
| 221. | | | | | Sold | 8/7/12 | J | | |

1. Income Gain Codes: (See Columns B1 and D4)
A =$1,000 or less  B =$1,001 - $2,500  C =$2,501 - $5,000  D =$5,001 - $15,000  E =$15,001 - $50,000
F =$50,001 - $100,000  G =$100,001 - $1,000,000  H1 =$1,000,001 - $5,000,000  H2 =More than $5,000,000

2. Value Codes: (See Columns C1 and D3)
J =$15,000 or less  K =$15,001 - $50,000  L =$50,001 - $100,000  M =$100,001 - $250,000
N =$250,001 - $500,000  O =$500,001 - $1,000,000  P1 =$1,000,001 - $5,000,000  P2 =$5,000,001 - $25,000,000
P3 =$25,000,001 - $50,000,000  P4 =More than $50,000,000

3. Value Method Codes: (See Column C2)
Q =Appraisal  R =Cost (Real Estate Only)  S =Assessment  T =Cash Market
U =Book Value  V =Other  W =Estimated

# FINANCIAL DISCLOSURE REPORT

Page 17 of 42

**Name of Person Reporting**

Moody, Jr., James S.

**Date of Report**

05/02/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 222. | | | | | Sold | 8/7/12 | J | | |
| 223. -- AMP | | | | | Buy (add'l) | 1/27/12 | L | | |
| 224. | | | | | Buy (add'l) | 8/7/12 | K | | |
| 225. | | | | | Sold | 9/24/12 | M | | |
| 226. -- CCL Call Options | | | | | Sold | 7/25/12 | J | | |
| 227. -- CCL | | | | | Buy (add'l) | 3/6/12 | K | | |
| 228. | | | | | Sold (part) | 3/19/12 | K | B | |
| 229. | | | | | Sold | 9/24/12 | L | | |
| 230. -- HUM Call Options | | | | | Sold | 2/22/12 | J | | |
| 231. | | | | | Sold | 3/6/12 | J | | |
| 232. | | | | | Sold | 3/19/12 | J | | |
| 233. | | | | | Sold | 4/20/12 | J | | |
| 234. | | | | | Sold | 4/23/12 | J | | |
| 235. | | | | | Sold | 5/21/12 | J | | |
| 236. | | | | | Sold | 5/23/12 | J | | |
| 237. | | | | | Sold | 6/20/12 | J | | |
| 238. | | | | | Sold | 7/25/12 | J | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 239. | | | | | Sold | 8/20/12 | J | | |
| 240. | | | | | Sold | 9/25/12 | J | | |
| 241. | | | | | Sold | 11/7/12 | J | | |
| 242. | | | | | Sold | 11/20/12 | J | | |
| 243. | | | | | Sold | 12/27/12 | J | | |
| 244. | | | | | Sold | 12/27/12 | J | | |
| 245.  -- HUM | D | Int./Div. | N | T | Buy | 2/22/12 | L | | |
| 246. | | | | | Buy (add'l) | 3/6/12 | L | | |
| 247. | | | | | Buy (add'l) | 4/23/12 | L | | |
| 248. | | | | | Buy (add'l) | 5/23/12 | L | | |
| 249. | | | | | Buy (add'l) | 7/25/12 | L | | |
| 250. | | | | | Sold (part) | 9/24/12 | M | | |
| 251. | | | | | Sold (part) | 10/22/12 | L | | |
| 252. | | | | | Buy (add'l) | 11/5/12 | J | | |
| 253. | | | | | Buy (add'l) | 11/7/12 | M | | |
| 254. | | | | | Buy (add'l) | 11/13/12 | L | | |
| 255. | | | | | Buy (add'l) | 11/30/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 256. | | | | | Sold (part) | 12/24/12 | L | B | |
| 257. -- CAT Call Options | | | | | Sold | 3/22/12 | J | | |
| 258. | | | | | Sold | 4/24/12 | J | | |
| 259. | | | | | Sold | 5/1/12 | J | | |
| 260. | | | | | Sold | 5/7/12 | J | | |
| 261. | | | | | Sold | 5/21/12 | J | | |
| 262. | | | | | Closed | 8/17/12 | J | | |
| 263. | | | | | Sold | 9/4/12 | J | | |
| 264. | | | | | Sold | 9/25/12 | J | | |
| 265. | | | | | Sold | 10/2/12 | J | | |
| 266. | | | | | Sold | 10/11/12 | J | | |
| 267. | | | | | Sold | 10/19/12 | J | | |
| 268. | | | | | Sold | 10/23/12 | J | | |
| 269. | | | | | Sold | 10/25/12 | J | | |
| 270. | | | | | Sold | 11/20/12 | J | | |
| 271. | | | | | Sold | 11/20/12 | J | | |
| 272. | | | | | Sold | 11/20/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 273. -- CAT | D | Int./Div. | N | T | Buy (add'l) | 1/3/12 | L | | |
| 274. | | | | | Sold | 2/21/12 | N | D | |
| 275. | | | | | Buy | 3/22/12 | M | | |
| 276. | | | | | Buy (add'l) | 5/1/12 | M | | |
| 277. | | | | | Buy (add'l) | 5/7/12 | L | | |
| 278. | | | | | Buy (add'l) | 7/25/12 | L | | |
| 279. | | | | | Sold (part) | 8/17/12 | J | | |
| 280. | | | | | Sold (part) | 8/20/12 | L | | |
| 281. | | | | | Buy (add'l) | 9/4/12 | L | | |
| 282. | | | | | Buy (add'l) | 9/5/12 | J | | |
| 283. | | | | | Sold (part) | 9/24/12 | N | | |
| 284. | | | | | Buy (add'l) | 10/2/12 | M | | |
| 285. | | | | | Buy (add'l) | 10/8/12 | L | | |
| 286. | | | | | Buy (add'l) | 10/11/12 | L | | |
| 287. | | | | | Sold (part) | 10/18/12 | M | C | |
| 288. | | | | | Buy (add'l) | 10/19/12 | M | | |
| 289. | | | | | Buy (add'l) | 10/23/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 290. | | | | | Buy (add'l) | 10/25/12 | L | | |
| 291. | | | | | Sold (part) | 12/20/12 | N | D | |
| 292. -- FTR Call Options | | | | | Closed | 10/18/12 | J | | |
| 293. -- FTR | D | Int./Div. | L | T | Buy | 8/29/12 | K | | |
| 294. | | | | | Buy (add'l) | 10/19/12 | K | | |
| 295. --BBY Call Options | | | | | Sold | 1/20/12 | J | | |
| 296. | | | | | Closed | 1/20/12 | J | | |
| 297. | | | | | Sold | 2/17/12 | J | | |
| 298. | | | | | Closed | 2/17/12 | J | | |
| 299. | | | | | Sold | 3/19/12 | J | | |
| 300. | | | | | Closed | 8/17/12 | J | | |
| 301. | | | | | Sold | 12/27/12 | J | | |
| 302. -- BBY | B | Int./Div. | K | T | Sold (part) | 3/19/12 | K | | |
| 303. -- NSC Call Options | | | | | Sold | 3/6/12 | J | | |
| 304. -- NSC | | | | | Buy | 3/6/12 | L | | |
| 305. | | | | | Sold | 4/23/12 | L | B | |
| 306. -- NUE Call Options | | | | | Sold | 1/20/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS — income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 307. | | | | | Closed | 1/20/12 | J | | |
| 308. | | | | | Sold | 2/17/12 | J | | |
| 309. | | | | | Sold | 2/17/12 | J | | |
| 310. | | | | | Sold | 2/17/12 | J | | |
| 311. | | | | | Sold | 8/7/12 | J | | |
| 312. | | | | | Sold | 10/19/12 | J | | |
| 313. | | | | | Sold | 11/20/12 | J | | |
| 314. | | | | | Sold | 11/20/12 | J | | |
| 315. -- NUE | C | Int./Div. | L | T | Sold (part) | 1/23/12 | L | B | |
| 316. | | | | | Buy (add'l) | 3/6/12 | K | | |
| 317. | | | | | Sold (part) | 3/21/12 | M | D | |
| 318. | | | | | Buy (add'l) | 3/22/12 | M | | |
| 319. | | | | | Buy (add'l) | 5/7/12 | K | | |
| 320. | | | | | Buy (add'l) | 10/5/12 | K | | |
| 321. | | | | | Sold (part) | 12/24/12 | M | | |
| 322. -- AFL Call Options | | | | | Sold | 4/20/12 | J | | |
| 323. | | | | | Sold | 5/21/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 324. | | | | | Sold | 5/21/12 | J | | |
| 325. | | | | | Sold | 6/15/12 | J | | |
| 326. | | | | | Sold | 7/23/12 | J | | |
| 327. | | | | | Sold | 7/25/12 | J | | |
| 328. -- AFL | | | | | Buy | 4/20/12 | M | | |
| 329. | | | | | Buy (add'l) | 4/23/12 | K | | |
| 330. | | | | | Buy (add'l) | 7/25/12 | K | | |
| 331. | | | | | Sold | 8/13/12 | M | | |
| 332. -- JPM Call Options | | | | | Sold | 2/17/12 | J | | |
| 333. | | | | | Closed | 2/17/12 | J | | |
| 334. | | | | | Sold | 6/20/12 | J | | |
| 335. -- JPM | | | | | Sold | 1/23/12 | K | | |
| 336. | | | | | Buy | 1/31/12 | L | | |
| 337. | | | | | Buy (add'l) | 2/21/12 | K | | |
| 338. | | | | | Buy (add'l) | 3/6/12 | L | | |
| 339. | | | | | Sold (part) | 3/19/12 | M | | |
| 340. | | | | | Sold (part) | 4/3/12 | L | D | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 341. | | | | | Buy (add'l) | 4/20/12 | L | | |
| 342. | | | | | Buy (add'l) | 5/16/12 | K | | |
| 343. | | | | | Buy (add'l) | 7/26/12 | K | | |
| 344. | | | | | Sold (part) | 9/20/12 | K | | |
| 345. | | | | | Sold | 9/24/12 | M | | |
| 346. -- COP Call Options | | | | | Sold | 9/25/12 | J | | |
| 347. | | | | | Sold | 10/12/12 | J | | |
| 348. | | | | | Sold | 10/19/12 | J | | |
| 349. | | | | | Closed | 10/19/12 | J | | |
| 350. | | | | | Sold | 11/20/12 | J | | |
| 351. | | | | | Sold | 11/20/12 | J | | |
| 352. -- COP | D | Int./Div. | M | T | Buy | 8/29/12 | M | | |
| 353. | | | | | Buy (add'l) | 9/5/12 | L | | |
| 354. | | | | | Buy (add'l) | 10/12/12 | M | | |
| 355. | | | | | Buy (add'l) | 10/23/12 | L | | |
| 356. | | | | | Buy (add'l) | 11/7/12 | L | | |
| 357. | | | | | Buy (add'l) | 11/9/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 358. | | | | | Sold (part) | 12/24/12 | N | D | |
| 359. -- MWV | C | Int./Div. | L | T | | | | | |
| 360. -- BX | | | | | Sold | 9/24/12 | K | | |
| 361. -- ARLP | C | Int./Div. | L | T | | | | | |
| 362. -- ARCC | C | Int./Div. | L | T | | | | | |
| 363. -- AGNC | E | Int./Div. | M | T | Buy (add'l) | 11/7/12 | L | | |
| 364. | | | | | Sold (part) | 11/19/12 | K | A | |
| 365. | | | | | Buy (add'l) | 11/20/12 | K | | |
| 366. -- POT Call Options | | | | | Sold | 2/17/12 | J | | |
| 367. | | | | | Sold | 3/6/12 | J | | |
| 368. | | | | | Sold | 7/20/12 | J | | |
| 369. | | | | | Closed | 7/20/12 | J | | |
| 370. | | | | | Sold | 8/20/12 | J | | |
| 371. -- POT | B | Int./Div. | L | T | Buy (add'l) | 2/21/12 | K | | |
| 372. | | | | | Buy (add'l) | 3/6/12 | K | | |
| 373. | | | | | Sold (part) | 3/19/12 | K | | |
| 374. | | | | | Sold (part) | 7/23/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 375. -- WFC | | | | | Sold | 1/23/12 | L | | |
| 376. -- AGU Call Options | | | | | Sold | 3/6/12 | J | | |
| 377. -- AGU | | | | | Buy (add'l) | 3/6/12 | L | | |
| 378. | | | | | Sold (part) | 4/23/12 | L | C | |
| 379. | | | | | Sold | 7/23/12 | K | B | |
| 380. -- GS Call Options | | | | | Sold | 3/19/12 | J | D | |
| 381. | | | | | Sold | 4/24/12 | J | | |
| 382. | | | | | Sold | 8/9/12 | J | | |
| 383. -- GS | | | | | Buy | 3/19/12 | M | | |
| 384. | | | | | Buy (add'l) | 8/9/12 | L | | |
| 385. | | | | | Sold | 9/24/12 | M | D | |
| 386. -- BP Call Options | | | | | Sold | 3/6/12 | J | | |
| 387. | | | | | Sold | 9/25/12 | J | | |
| 388. | | | | | Sold | 11/5/12 | J | | |
| 389. | | | | | Sold | 12/21/12 | J | | |
| 390. | | | | | Sold | 12/26/12 | J | | |
| 391. -- BP | E | Int./Div. | N | T | Buy | 3/6/12 | L | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 392. | | | | | Buy (add'l) | 4/30/12 | K | | |
| 393. | | | | | Buy (add'l) | 9/4/12 | K | | |
| 394. | | | | | Buy (add'l) | 9/5/12 | K | | |
| 395. | | | | | Sold (part) | 9/24/12 | K | | |
| 396. | | | | | Sold (part) | 11/5/12 | L | | |
| 397. | | | | | Buy (add'l) | 11/5/12 | L | | |
| 398. | | | | | Buy (add'l) | 11/7/12 | K | | |
| 399. | | | | | Buy (add'l) | 11/13/12 | K | | |
| 400. | | | | | Buy (add'l) | 11/20/12 | K | | |
| 401. | | | | | Buy (add'l) | 12/14/12 | K | | |
| 402. -- PRU Call Options | | | | | Sold | 4/23/12 | J | | |
| 403. | | | | | Sold | 8/9/12 | J | | |
| 404. | | | | | Sold | 10/11/12 | J | | |
| 405. | | | | | Sold | 10/19/12 | J | | |
| 406. | | | | | Sold | 11/20/12 | J | | |
| 407. | | | | | Sold | 11/20/12 | J | | |
| 408. -- PRU | D | Int./Div. | N | T | Sold (part) | 1/23/12 | L | C | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 409. | | | | | Buy (add'l) | 4/23/12 | M | | |
| 410. | | | | | Sold (part) | 9/24/12 | M | | |
| 411. | | | | | Buy (add'l) | 10/11/12 | L | | |
| 412. | | | | | Buy (add'l) | 10/19/12 | M | | |
| 413. | | | | | Buy (add'l) | 10/25/12 | L | | |
| 414. | | | | | Buy (add'l) | 11/13/12 | L | | |
| 415. | | | | | Sold (part) | 12/24/12 | L | | |
| 416. -- KMB Call Options | | | | | Sold | 12/27/12 | J | | |
| 417. -- KMB | D | Int./Div. | M | T | Buy | 10/25/12 | L | | |
| 418. | | | | | Buy (add'l) | 11/7/12 | L | | |
| 419. | | | | | Sold (part) | 11/19/12 | K | A | |
| 420. -- DMND Call Options | | | | | Sold | 1/31/12 | J | | |
| 421. | | | | | Sold | 2/6/12 | J | | |
| 422. | | | | | Sold | 2/21/12 | J | | |
| 423. | | | | | Sold | 2/21/12 | J | | |
| 424. | | | | | Sold | 5/21/12 | J | | |
| 425. | | | | | Sold | 5/21/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

[ ] NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 426.  -- DMND | | None | K | T | Buy | 1/31/12 | K | | |
| 427. | | | | | Buy (add'l) | 2/6/12 | K | | |
| 428. | | | | | Buy (add'l) | 2/9/12 | K | | |
| 429. | | | | | Buy (add'l) | 2/21/12 | J | | |
| 430. | | | | | Sold (part) | 5/21/12 | K | | |
| 431. | | | | | Sold (part) | 9/24/12 | K | | |
| 432. | | | | | Buy (add'l) | 9/26/12 | K | | |
| 433. | | | | | Sold (part) | 12/21/12 | K | | |
| 434. | | | | | Buy (add'l) | 12/24/12 | K | | |
| 435.  -- AET Call Options | | | | | Sold | 4/20/12 | J | | |
| 436. | | | | | Sold | 6/20/12 | J | | |
| 437. | | | | | Sold | 8/17/12 | J | | |
| 438.  -- AET | | | | | Buy | 4/20/12 | K | | |
| 439. | | | | | Buy (add'l) | 7/25/12 | K | | |
| 440. | | | | | Sold (part) | 9/24/12 | L | | |
| 441. | | | | | Buy (add'l) | 11/7/12 | K | | |
| 442. | | | | | Sold | 12/24/12 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 443. -- NLY | D | Int./Div. | L | T | Buy | 10/16/12 | K | | |
| 444. | | | | | Buy (add'l) | 11/7/12 | K | | |
| 445. -- CVX Call Options | | | | | Sold | 1/20/12 | J | | |
| 446. | | | | | Closed | 1/20/12 | J | | |
| 447. | | | | | Sold | 3/22/12 | J | | |
| 448. | | | | | Sold | 4/20/12 | J | | |
| 449. | | | | | Sold | 4/25/12 | J | | |
| 450. | | | | | Sold | 5/21/12 | J | | |
| 451. | | | | | Sold | 5/23/12 | J | | |
| 452. | | | | | Sold | 6/20/12 | J | | |
| 453. | | | | | Sold | 11/5/12 | J | | |
| 454. | | | | | Sold | 11/19/12 | J | | |
| 455. -- CVX | D | Int./Div. | N | T | Buy (add'l) | 1/31/12 | M | | |
| 456. | | | | | Buy (add'l) | 2/15/12 | M | | |
| 457. | | | | | Buy (add'l) | 2/22/12 | M | | |
| 458. | | | | | Sold (part) | 3/19/12 | M | B | |
| 459. | | | | | Buy (add'l) | 3/22/12 | N | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 460. | | | | | Buy (add'l) | 4/20/12 | M | | |
| 461. | | | | | Sold (part) | 7/23/12 | N | A | |
| 462. | | | | | Buy (add'l) | 11/5/12 | M | | |
| 463. | | | | | Buy (add'l) | 11/7/12 | M | | |
| 464. | | | | | Buy (add'l) | 11/13/12 | M | | |
| 465. | | | | | Buy (add'l) | 11/15/12 | M | | |
| 466. | | | | | Sold (part) | 12/24/12 | M | B | |
| 467. -- BKBK (B&K Bank Stock) | | None | K | T | | | | | |
| 468. -- JNJ Call Options | | | | | Sold | 1/20/12 | J | | |
| 469. | | | | | Sold | 2/21/12 | J | | |
| 470. | | | | | Sold | 9/25/12 | J | | |
| 471. -- JNJ | | | | | Sold | 10/22/12 | M | E | |
| 472. | | | | | Buy | 11/15/12 | L | | |
| 473. | | | | | Sold | 12/24/12 | L | B | |
| 474. -- ACCO(X) | | None | J | T | | | | | |
| 475. -- AINV | D | Int./Div. | L | T | | | | | |
| 476. -- GRBS | | None | K | T | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 477. -- Greenville, SC Bond | D | Interest | M | T | | | | | |
| 478. -- South Carolina Bond | B | Interest | L | T | | | | | |
| 479. -- Greenville, SC Bond | B | Interest | K | T | | | | | |
| 480. -- Horry Cnty, SC Bond | B | Interest | L | T | | | | | |
| 481. -- Note Receivable (Carole Shelton) | D | Interest | | | Matured | 12/31/12 | L | | |
| 482. -- First Tampa 301 LLC Tampa, FL | E | Rent | N | W | | | | | |
| 483. -- FIRST TAMPA 301 LLC TAMPA, FL (X) | F | Distribution | N | W | | | | | |
| 484. Merrill Lynch - Trust #1 Inc. Bene | | | | | | | | | |
| 485. -- CYS | E | Int./Div. | M | T | Buy (add'l) | 3/5/12 | J | | |
| 486. | | | | | Buy (add'l) | 3/6/12 | L | | |
| 487. | | | | | Buy (add'l) | 3/8/12 | L | | |
| 488. | | | | | Buy (add'l) | 9/21/12 | L | | |
| 489. | | | | | Buy (add'l) | 11/30/12 | J | | |
| 490. | | | | | Buy (add'l) | 12/11/12 | J | | |
| 491. -- CTL Call Options | | | | | Sold | 4/27/12 | J | | |
| 492. | | | | | Sold | 6/18/12 | J | | |
| 493. | | | | | Sold | 7/31/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | C. Gross value at end of reporting period (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | D. Transactions during reporting period (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
|---|---|---|---|---|---|---|---|---|---|
| 494. | | | | | Sold | 8/17/12 | J | | |
| 495. -- CTL | D | Int./Div. | M | T | Buy (add'l) | 3/6/12 | L | | |
| 496. -- BBT | | | | | Sold | 2/16/12 | J | | |
| 497. -- NUE | | | | | Sold | 1/23/12 | L | | |
| 498. | | | | | Buy | 7/24/12 | K | | |
| 499. | | | | | Sold | 8/20/12 | K | B | |
| 500. -- CCL | | | | | Sold | 6/18/12 | K | | |
| 501. -- WFC | | | | | Sold | 1/23/12 | L | | |
| 502. -- STI | | | | | Sold (part) | 1/23/12 | N | | |
| 503. | | | | | Sold | 2/21/12 | M | | |
| 504. -- BAC | | | | | Sold | 3/26/12 | J | | |
| 505. -- JPM | | | | | Sold | 2/21/12 | K | | |
| 506. -- NSC | | | | | Buy | 2/23/12 | L | | |
| 507. | | | | | Buy (add'l) | 3/2/12 | J | | |
| 508. | | | | | Sold | 5/2/12 | L | B | |
| 509. -- GIS Call Options | | | | | Sold | 3/2/12 | J | | |
| 510. -- GIS | | | | | Buy | 2/24/12 | M | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

# FINANCIAL DISCLOSURE REPORT
Page 34 of 42

**Name of Person Reporting**

Moody, Jr., James S.

**Date of Report**

05/02/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 511. | | | | | Sold | 4/5/12 | M | C | |
| 512. -- AFL Call Options | | | | | Sold | 4/19/12 | J | | |
| 513. | | | | | Sold | 6/13/12 | J | | |
| 514. -- AFL | | | | | Buy | 4/19/12 | L | | |
| 515. | | | | | Sold | 7/23/12 | L | | |
| 516. -- T | | | | | Sold | 4/5/12 | K | | |
| 517. -- AGNC Call Options | | | | | Sold | 1/6/12 | J | | |
| 518. | | | | | Sold | 3/6/12 | J | | |
| 519. | | | | | Sold | 6/5/12 | J | | |
| 520. -- AGNC | F | Int./Div. | N | T | Sold (part) | 3/5/12 | M | B | |
| 521. | | | | | Buy (add'l) | 3/6/12 | M | | |
| 522. | | | | | Buy (add'l) | 3/8/12 | J | | |
| 523. | | | | | Buy (add'l) | 3/14/12 | J | | |
| 524. | | | | | Buy (add'l) | 3/16/12 | J | | |
| 525. | | | | | Buy (add'l) | 3/19/12 | J | | |
| 526. | | | | | Buy (add'l) | 3/27/12 | L | | |
| 527. | | | | | Buy (add'l) | 8/7/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 528. | | | | | Buy (add'l) | 9/17/12 | M | | |
| 529. -- HTS | | | | | Sold | 1/23/12 | L | | |
| 530. -- IVR Call Options | | | | | Sold | 3/26/12 | J | | |
| 531. | | | | | Sold | 6/22/12 | J | | |
| 532. | | | | | Sold | 6/29/12 | J | | |
| 533. -- IVR | A | Int./Div. | J | T | Sold (part) | 6/21/12 | K | | |
| 534. | | | | | Sold (part) | 6/22/12 | M | | |
| 535. -- POT Call Options | | | | | Sold | 4/25/12 | J | | |
| 536. | | | | | Sold | 5/22/12 | J | | |
| 537. -- POT | | | | | Sold | 7/23/12 | L | | |
| 538. -- KMB Call Options | | | | | Sold | 1/30/12 | J | | |
| 539. | | | | | Sold | 8/7/12 | J | | |
| 540. -- KMB | | | | | Buy | 1/30/12 | L | | |
| 541. | | | | | Sold (part) | 3/7/12 | L | | |
| 542. | | | | | Buy (add'l) | 8/7/12 | M | | |
| 543. | | | | | Sold (part) | 10/22/12 | M | C | |
| 544. -- ARLP Call Options | | | | | Sold | 3/8/12 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 545.  -- ARLP | | | | | Buy | 3/5/12 | M | | |
| 546. | | | | | Sold | 4/12/12 | M | | |
| 547.  -- PM Call Options | | | | | Sold | 3/2/12 | J | | |
| 548.  -- PM | D | Int./Div. | M | T | Buy | 3/2/12 | M | | |
| 549. | | | | | Sold (part) | 3/27/12 | M | B | |
| 550. | | | | | Sold | 4/23/12 | K | A | |
| 551. | | | | | Buy | 8/21/12 | L | | |
| 552. | | | | | Buy (add'l) | 8/23/12 | K | | |
| 553.  -- WIN | D | Int./Div. | L | T | Buy | 3/6/12 | L | | |
| 554. | | | | | Buy (add'l) | 6/27/12 | K | | |
| 555.  -- NLY Call Options | | | | | Sold | 9/25/12 | J | | |
| 556.  -- NLY | | | | | Buy | 5/2/12 | L | | |
| 557. | | | | | Sold | 9/27/12 | L | C | |
| 558.  -- MITT Call Options | | | | | Sold | 6/5/12 | J | | |
| 559. | | | | | Sold | 7/18/12 | J | | |
| 560. | | | | | Sold | 7/27/12 | J | | |
| 561. | | | | | Sold | 7/27/12 | J | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 562. | | | | | Sold | 9/20/12 | J | | |
| 563. | | | | | Sold | 10/3/12 | J | | |
| 564. -- MITT | E | Int./Div. | M | T | Buy | 4/17/12 | L | | |
| 565. | | | | | Buy (add'l) | 4/19/12 | K | | |
| 566. | | | | | Sold (part) | 6/27/12 | L | B | |
| 567. | | | | | Buy (add'l) | 7/6/12 | K | | |
| 568. | | | | | Buy (add'l) | 7/10/12 | M | | |
| 569. | | | | | Buy (add'l) | 7/20/12 | J | | |
| 570. | | | | | Sold (part) | 9/14/12 | M | D | |
| 571. | | | | | Buy (add'l) | 10/4/12 | L | | |
| 572. | | | | | Buy (add'l) | 10/5/12 | J | | |
| 573. | | | | | Buy (add'l) | 10/23/12 | M | | |
| 574. -- MTGE Call Options | | | | | Sold | 6/13/12 | J | | |
| 575. -- MTGE | E | Int./Div. | N | T | Buy | 4/10/12 | L | | |
| 576. | | | | | Buy (add'l) | 9/6/12 | L | | |
| 577. | | | | | Buy (add'l) | 9/17/12 | M | | |
| 578. -- TWO | E | Int./Div. | M | T | Buy | 1/3/12 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS – income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 579. | | | | | Buy (add'l) | 5/2/12 | L | | |
| 580. | | | | | Buy (add'l) | 9/14/12 | K | | |
| 581.  -- DMND Call Options | | | | | Sold | 1/30/12 | J | | |
| 582. | | | | | Sold | 2/14/12 | J | | |
| 583. | | | | | Sold | 4/23/12 | J | | |
| 584. | | | | | Sold | 6/13/12 | J | | |
| 585. | | | | | Sold | 7/30/12 | J | | |
| 586.  -- DMND | | | | | Buy | 1/30/12 | L | | |
| 587. | | | | | Buy (add'l) | 2/13/12 | K | | |
| 588. | | | | | Buy (add'l) | 3/19/12 | K | | |
| 589. | | | | | Sold (part) | 8/20/12 | K | | |
| 590.  -- ARCC Call Options | | | | | Sold | 1/26/12 | J | | |
| 591. | | | | | Sold | 3/12/12 | J | | |
| 592. | | | | | Sold | 4/2/12 | J | | |
| 593. | | | | | Sold | 7/25/12 | J | | |
| 594.  -- ARCC | | | | | Sold (part) | 9/5/12 | L | D | |
| 595. | | | | | Sold | 9/12/12 | L | C | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

FINANCIAL DISCLOSURE REPORT

Page 39 of 42

Name of Person Reporting

Moody, Jr., James S.

Date of Report

05/02/2013

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 596. -- AINV | C | Int./Div. | K | T | | | | | |
| 597. -- CSQ | C | Int./Div. | K | T | Sold (part) | 9/18/12 | J | C | |
| 598. | | | | | Sold (part) | 9/18/12 | K | D | |
| 599. | | | | | Sold (part) | 9/20/12 | L | D | |
| 600. GEO THERMAL | B | Distribution | K | W | | | | | |
| 601. FIRST TAMPA 301 LLC TAMPA, FL (X) | D | Rent | M | W | | | | | |
| 602. FIRST TAMPA 301 LLC TAMPA, FL (X) | F | Distribution | M | W | | | | | |
| 603. REAL PROPERTY | | | | | | | | | |
| 604. -- Diamond Hill, Valrico, FL | | None | M | W | | | | | |
| 605. -- Condo, Longboat Key, FL | D | Rent | N | W | | | | | |
| 606. -- Condo, Tampa, FL (Ryan) | | None | M | W | | | | | |
| 607. -- Land, [ ] Hillsborough Cnty, FL | D | Rent | N | W | | | | | |
| 608. -- Property #1, Celo, NC | | None | O | W | | | | | |
| 609. -- [ ] Plant City, FL (X) | | None | N | W | | | | | |
| 610. -- Property #3, Highlands, NC | | None | M | W | | | | | |
| 611. -- Highlands, North Carolina Condo | C | Rent | N | W | | | | | |
| 612. -- Rental Property, Plant City, FL | D | Rent | O | W | | | | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Moody, Jr., James S. | 05/02/2013 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 613. -- Tampa Condo #2 | D | Rent | M | W | | | | | |
| 614. -- Tampa Condo #3 | D | Rent | M | W | | | | | |
| 615. -- Tampa Condo #4 | D | Rent | N | W | | | | | |
| 616. -- Tampa, FL Condo | E | Rent | N | W | | | | | |
| 617. -- Petersburg, FL | E | Rent | N | W | | | | | |
| 618. -- Petersburg, FL | E | Rent | N | W | | | | | |
| 619. -- Gainesville, FL Condo | | None | N | W | | | | | |
| 620. -- Condo Tampa, FL | | None | N | W | | | | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

1) The securities shown as "closed" for the Merrill Lynch Retirement Accounts [          ] were transferred to Merrill Lynch Non-Q [          ]

2) Traded property listed on 2011 report "Celo, NC - Blue Tract" for "[          ] Plant City, FL."

3) Other items with (X) were inadvertently left off the 2011 report

# FINANCIAL DISCLOSURE REPORT

Page 42 of 42

Name of Person Reporting

Moody, Jr., James S.

Date of Report

05/02/2013

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ James S. Moody, Jr.**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544